UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-23185-GAYLES/OTAZO-REYES

**FABRIZIO DELLA POLLA**,

    Plaintiff,

v.

**ALEXANDER PALENCIA**,

    Defendant.

_____/

## **ORDER**

**THIS CAUSE** comes before the Court on Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation (the "Report") [ECF No. 72] regarding Defendant Alexander Palencia's Rule 12(b)(6) Motion to Dismiss (the "Motion") [ECF No. 17]. On July 31, 2020, Plaintiff brought this action against Defendant. [ECF No. 1]. On October 26, 2020, Defendant filed his Motion seeking to dismiss Plaintiff's Complaint. [ECF No. 17]. On November 1, 2020, the Court referred this case to Judge Otazo-Reyes, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pre-trial, non-dispositive matters and a report and recommendation on all dispositive matters. [ECF No. 21]. On April 27, 2021, Judge Otazo-Reyes issued her Report recommending that the Court deny Defendant's Motion. Defendant timely filed objections, [ECF No. 77], to which Plaintiff responded. [ECF Nos. 78 & 92].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings

that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conducted a *de novo* review of the record, the Court agrees with Judge Otazo-Reyes's well-reasoned analysis and conclusion that Defendant's Motion should be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation, [ECF No. 72], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Defendant Alexander Palencia's Rule 12(b)(6) Motion to Dismiss, [ECF No. 17], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of August, 2021.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE