UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-23185-GAYLES/OTAZO-REYES

**FABRIZIO DELLA POLLA**,

Plaintiff,

**v.**

**ALEXANDER PALENCIA**,

Defendant.

_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Alicia M. Otazo-Reyes' Report and Recommendation (the "Report"), [ECF No. 159], regarding the parties' cross motions for summary judgement filed by Plaintiff Fabrizio Della Polla and Defendant Alexander Palencia. [ECF Nos. 102, 105, & 111]. On November 1, 2020, the action was referred to Judge Otazo-Reyes, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 21]. On April 21, 2022, Judge Otazo-Reyes issued her report recommending that Plaintiff's Motion for Summary Judgment, [ECF Nos. 105 & 111], be denied, and that Defendant's Motion for Summary judgment, [ECF No. 102], be granted in part, only as to Plaintiff's claims for punitive damages, and that it be otherwise denied. [ECF No. 159]. Plaintiff and Defendant have filed timely objections to the Report. [ECF Nos. 160 & 162].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings

that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conducted a *de novo* review of the cross motions and the record, the Court agrees with Judge Otazo-Reyes' well-reasoned analysis and conclusion that Plaintiff's Motion should be denied and Defendant's Motion should be granted in part.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1)    Magistrate Judge Otazo-Reyes' Report and Recommendation, [ECF No. 159], is **AFFRIMED AND ADOPTED** and incorporated into this Order by reference.

(2)    Plaintiff Fabrizio Della Polla's Motion for Summary Judgement, [ECF Nos. 105 & 111], is **DENIED**.

(3)    Defendant Alexander Palencia's Motion for Summary Judgement, [ECF No. 102], is **GRANTED IN PART**, only as to Plaintiff's claims for punitive damages, and is otherwise **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of September, 2022.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE